**Dismissed and Memorandum Opinion filed July 7, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00252-CV

---

### KAREN KRISTINE SILVIO, Appellant

### V.

### THE WINDSOR AUCTION COMPANY, Appellee

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2015-40326**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 2, 2016. The notice of appeal was filed March 22, 2016. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On April 19, 2016, appellant filed an affidavit of indigence, which was referred to the trial court. Both the Harris County District Clerk and appellee filed contests to appellant's affidavit of inability to pay costs. On May 3, 2016, the trial court signed an order sustaining the contests.

On May 10, 2016, appellant filed a notice of appeal challenging the trial court's order sustaining the contests to the affidavit of indigence. On May 20, 2016, this court held that the trial court did not abuse its discretion in sustaining the contests.

On May 20, 2016, this court further ordered appellant to pay the appellate filing fee and provide the court with proof of payment for the record on or before June 6, 2016, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or provided proof of payment for the record. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.